Louis Nehring, by Henry Otto, defendant in error, v. Minnie H. Nehring, Lucille Holmes and Oliver Smith, plaintiffs in error. Gen. No. 23,484.

Bill to annul a marriage on the ground of insanity and to require payment to guardian of an insane ward, money alleged to have been obtained from him by conspiracy. Decree for complainant. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed November 6, 1918.

John J. Byrne and Charles P. R. Macaulay, for plaintiffs in error. L. A. Gilmore, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Mark Fallon, plaintiff in error, v. City of Chicago, defendant in error. Gen. No. 23,854.

Action by a city employee to recover for personal injuries. Demurrer overruled to plea of statute of limitations to amended count and judgment entered for defendant on directed verdict. Error to the Superior Court of Cook county; the Hon. Mazzini Slusser, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed November 6, 1918.

Coburn & Bentley, for plaintiff in error. Samuel A. Ettelson and William H. Devenish, for defendant in error; Robert H. Farrell, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Walter E. von Bruch, defendant in error, v. Joseph Lanus, plaintiff in error. Gen. No. 23,955.

Action to recover damages for fraud in the sale of an automobile. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of fact. Opinion filed November 6, 1918. Rehearing denied November 19, 1918.

Walter P. Bauer, for plaintiff in error. Joel C. Carlson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Ludwic Ludra, plaintiff in error. Gen. No. 23,990.

Conviction on charge of larceny. Error to the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion fied November 6, 1918.

Thomas E. Swanson, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.